IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2005

Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERCIA | § | |
| --- | --- | --- |
| | § | |
| -v- | § | Criminal Case No. L-05-515 |
| | § | |
| OSCAR GEOVANNY MUNOZ-RAPALO | § | |

## NOTICE OF TRANSFER

This case has been reassigned <u>from</u> the docket of JUDGE GEORGE P. KAZEN by:

    \_\_\_\_\_    **Recusal**

    \_\_\_\_\_    **Transfer for Plea with Related Case CR** _____

    \_\_\_\_\_    **Judges' Agreement**

    \_\_\_\_\_    **Other** <u>Sentencing scheduled on 8/22/2005.</u>

The following action has been taken:

    \_\_\_\_\_    **Case randomly reassigned to Judge** _____

    **X**    **Reassign the case to the docket of Judge** <u>JAY Z. ZAINEY.</u>

    \_\_\_\_\_    **Other** _____

Veronica R. Caballero
Case Manager

cc:    **Counsel of Record**